IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :      Chapter 13

Angela R. Hargrove                  :      No. 22-11963-MDC
   Debtor

CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 3015.1

   I, David M. Offen, Esquire, Attorney for the above-named Debtor(s) hereby certify that a copy of the Debtor's Chapter 13 Plan has been served on all priority, secured and unsecured creditors or their counsel.

Date:  August 3, 2022              /s/ David M. Offen
                                             David M. Offen
                                             Attorney for Debtor(s)