Certificate Number: 12433-PAE-DE-036764311

Bankruptcy Case Number: 22-11963



12433-PAE-DE-036764311

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 17, 2022, at 9:56 o'clock AM EDT, Angela R. Hargrove completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 17, 2022                    By:    /s/Lance Brechbill

                                           Name:  Lance Brechbill

                                           Title: Teacher