IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Chapter 13 |
| Angela R. Hargrove | : Case No. 22-11963-MDC |
| Debtor(s) | |

**NOTICE OF RESCHEDULED MEETING OF CREDITORS AND CERTIFICATE OF SERVICE**

The Meeting of Creditors has been rescheduled for **October 24, 2022** at **10:30 AM** at ALTERNATE TELEPHONE CONFERENCE.

A copy of this notice is being served on all creditors and the Chapter 13 Trustee.

/s/ David M. Offen
David M. Offen Esq.
Attorney for Debtor

Dated: 10/07/2022