# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 22-11963-MDC

ANGELA R. HARGROVE

6735 N 8TH STREET

PHILADELPHIA, PA 19126

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ANGELA R. HARGROVE

    6735 N 8TH STREET

    PHILADELPHIA, PA 19126

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

Date: 10/11/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee